The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 15-CR-034-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT ALSHAFEI'S UNOPPOSED MOTION TO SEAL DECLARATION OF PETER OFFENBECHER IN SUPPORT OF DEFENDANT ALSHAFEI'S SENTENCING MEMORANDUM |
| HUSSAIN ALSHAFEI, | |
| Defendant. | |

This Court has considered Defendant Alshafei's Unopposed Motion to Seal Declaration of Peter Offenbecher in Support of Defendant Alshafei's Sentencing Memorandum, this proposed form of Order, and the pleadings and records already on file, and finding good cause, it is, therefore,

ORDERED that Defendant Alshafei's Unopposed Motion to Seal Declaration of Peter Offenbecher in Support of Defendant Alshafei's Sentencing Memorandum (Dkt. #32) is GRANTED and that the Declaration of Peter Offenbecher in Support of Defendant Alshafei's Sentencing Memorandum shall remain under seal.

DATED this 22nd day of January, 2016.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT ALSHAFEI'S
UNOPPOSED MOTION TO SEAL
PAGE – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501