The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HUSSAIN ALSHAFEI,<br><br>    Defendant. | NO. CR15-cr-00034 RAJ<br><br>ORDER GRANTING JOINT MOTION TO APPLY SEIZED FUNDS TO RESTITUTION |

This Court, having has considered the Joint Motion to Apply Seized Funds to Restitution, this proposed form of Order, and the pleadings and records already on file,

IT IS ORDERED that the Joint Motion to Apply Seized Funds to Restitution (Dkt. #60) is GRANTED. The funds seized from Mr. Alshafei's two bank accounts shall be applied to the restitution owing to the U.S. Department of Homeland Security. Any excess funds shall be returned to Mr. Alshafei.

DATED this 6th day of March, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING JOINT MOTION
TO APPLY SEIZED FUNDS TO RESTITUTION – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501