The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUSSAIN ALSHAFEI,<br><br>Defendant. | NO. 2:15-cr-00034-RAJ<br><br>ORDER GRANTING DEFENDANT ALSHAFEI'S MOTION TO SEAL DECLARATION OF PETER OFFENBECHER IN SUPPORT OF DEFENDANT ALSHAFEI'S DISPOSITION MEMORANDUM |

This Court has considered Defendant Alshafei's Motion to Seal Declaration of Peter Offenbecher in Support of Defendant Alshafei's Disposition Memorandum, this proposed form of Order, and the pleadings and records already on file. Finding good cause, it is therefore, ORDERED that Defendant Alshafei's Motion to Seal Declaration of Peter Offenbecher in Support of Defendant Alshafei's Disposition Memorandum (Dkt. #73) is GRANTED and that the Declaration of Peter Offenbecher in Support of Defendant Alshafei's Disposition Memorandum shall remain under seal.

DATED this 26th day of September, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT ALSHAFEI'S
MOTION TO SEAL DECLARATION OF PETER
OFFENBECHER IN SUPPORT OF DEFENDANT
ALSHAFEI'S DISPOSITION MEMORANDUM – 1

2163198.docx

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501