The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUSSAIN ALSHAFEI,<br><br>Defendant. | NO. 2:15-cr-00034-RAJ<br><br>ORDER GRANTING DEFENDANT ALSHAFEI'S MOTION TO SEAL DECLARATION OF ERIN CURTIS NEWTON IN SUPPORT OF DEFENDANT ALSHAFEI'S DISPOSITION MEMORANDUM |

This Court has considered Defendant Alshafei's Motion to Seal Declaration of Erin Curtis Newton in Support of Defendant Alshafei's Disposition Memorandum, this proposed form of Order, and the pleadings and records already on file, and finding good cause, it is, therefore, ORDERED that Defendant Alshafei's Motion to Seal Declaration of Erin Curtis Newton in Support of Defendant Alshafei's Disposition Memorandum (Dkt. #75) is GRANTED and that the Declaration of Erin Curtis Newton in Support of Defendant Alshafei's Disposition Memorandum shall remain under seal.

DATED this 26th day of September, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT ALSHAFEI'S
MOTION TO SEAL DECLARATION OF ERIN
CURTIS NEWTON IN SUPPORT OF DEFENDANT
ALSHAFEI'S DISPOSITION MEMORANDUM – 1



1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

Order Sealing Newton Declaration.docx