The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>HUSSAIN ALSHAFEI,<br><br>                Defendant. | NO. 2:15-cr-00034-RAJ<br><br>ORDER GRANTING DEFENDANT ALSHAFEI'S UNOPPOSED MOTION FOR AN ORDER APPROVING PROPOSED SETTLEMENT OF COMPETING CLAIMS AND FOR TERMINATION OF SUPERVISED RELEASE |

This Court has considered Defendant Alshafei's Unopposed Motion for an Order Approving Proposed Settlement of Competing Claims and for Termination of Supervised Release, this proposed form of Order, and the pleadings and records already on file. It is

ORDERED that Defendant Alshafei's Unopposed Motion for an Order Approving Proposed Settlement of Competing Claims and for Termination of Supervised Release is GRANTED.

The Court approves the terms of the settlement reached between the government and Defendant Alshafei and shall enter an order of full satisfaction of the restitution obligation in this matter and as well as an order for immediate termination of supervised release once Mr.

ORDER GRANTING DEFENDANT ALSHAFEI'S UNOPPOSED MOTION FOR AN ORDER APPROVING PROPOSED SETTLEMENT OF COMPETING CLAIMS AND FOR TERMINATION OF SUPERVISED RELEASE – 1



1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

Alshafei files proof that an additional payment in the amount of $10,000 has been made to the Clerk of the Court.

As part of this settlement and Order, the specified amounts seized from Mr. Alshafei's bank accounts shall be deemed forfeited to the IRS. This proposed Order shall supplant the March 6, 2017, found at Dkt. No. 61, which previous Order shall be of no further force and effect.

Defendant's counsel shall submit a proposed order of full satisfaction of the restitution obligation and for immediate termination of supervised release with his Notice of Payment.

DATED this 18th day of April, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT ALSHAFEI'S UNOPPOSED MOTION FOR AN ORDER APPROVING PROPOSED SETTLEMENT OF COMPETING CLAIMS AND FOR TERMINATION OF SUPERVISED RELEASE – 2

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501